Case No. 06-4669

*DEATH PENALTY CASE*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JAMES R. GOFF,
Petitioner-Appellant

v.

MARGARET BAGLEY, Warden
Respondent-Appellee

_____

**RESPONDENT-APPELLEE'S MOTION FOR A FOURTEEN DAY EXTENSION OF TIME IN WHICH TO FILE A PETITION FOR REHEARING AND/OR REHEARING EN BANC**

_____

**On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati**

RICHARD CORDRAY
Attorney General of Ohio

Laurence R. Snyder
Assistant Attorney General
 615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113
216-787-3030
216-787-3480 fax

Counsel for Respondent-Appellee

## MOTION AND MEMORANDUM IN SUPPORT

Now Comes Margaret Bagley, Warden, the Respondent-Appellee, and hereby moves this Court for an extension of fourteen days in which to file a Petition for rehearing. The decision of the panel was journalized on April 6, 2010. According to Federal Rule of Appellate Procedure 40, a petition for rehearing is due fourteen days after journalization. Respondent-Appellee is considering the possibility of filing a petition for rehearing, which would be due April 20, 2010. Respondent-Appellee needs additional time to properly consider the filing of a petition for rehearing.

Respondent-Appellee has worked diligently to meet the fourteen-day deadline for the filing a petition for rehearing. However, the complexity of the constitutional issues involved and the ramifications of the Court's determination in this death penalty matter require extensive consideration and evaluation prior to the filing of such a request. Counsel for Respondent-Appellee have considered and continue to consider those issues and the need for the Court's further attention to the matter. Additional time is necessary to complete evaluation of this Court's order and, if necessary, drafting, reviewing and revising our petition.

Respondent-Appellee therefore respectfully requests a fourteen day extension, until May 4, 2010, to file the petition for rehearing.

Respectfully Submitted,

RICHARD CORDRAY
Ohio Attorney General

s/Laurence R. Snyder
**Laurence R. Snyder (0037290)**
Assistant Attorney General
Capital Crimes Unit
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113
(216) 787-3030; (216) 787-3480 – fax

**COUNSEL FOR RESPONDENT-APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent-Appellee's Motion for a Fourteen-Day Extension in Which to File a Petition for Rehearing and/or Rehearing En Banc has been sent this 19th day of April 2010, to W. Joseph Edwards, 523 South Third Street, Columbus, Ohio 43215 and David J. Graeff, P.O. Box 1948, Westerville, Ohio 43086, Counsel for Appellant James R. Goff, via the court's electronic filing system.

s/Laurence R. Snyder
**Laurence R. Snyder (0037290)**
Assistant Attorney General
