No. 06-4669

*Goff v. Bagley*

**Statement dissenting from denial of Panel Rehearing**

**MERRITT, Circuit Judge, dissenting.** For the reasons stated by appellant Goff in his petition for panel rehearing, I would grant the rehearing. Goff elaborates in his petition that *Beck v. Alabama*, 447 U.S. 625 (1980), outlaws the type of jury instruction before us in this case. Where the petitioner's reasoning attacks the same jury instructions on similar constitutional grounds, I would not hold that the argument presented in a petition to rehear has been waived or procedurally defaulted in a death penalty case. The Court's ruling means that Goff has not been allowed to present his *Beck* argument and will be executed without allowing its presentation and consideration by any court. It may be that in other types of cases this might not make too much of a difference; but I believe strongly, as pointed out in many cases, that "death is different." I would not cut off this man's right to present his argument now.