UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JAMES R. GOFF, | : |
| | : |
|    Petitioner-Appellant, | :   Case No. 06-4669 |
| | :   (Petitioner-Appellant is under |
|    vs. | :   a Sentence of death) |
| | : |
| MARGARET BAGLEY, WARDEN, | : |
| | : |
|    Respondent-Appellee. | : |

MOTION TO STAY MANDATE

Now comes Petitioner-Appellant, James R. Goff, by and through his attorneys, David J. Graeff, and W. Joseph Edwards, pursuant to Fed. R. App. P. 41(d), 6th Cir. R. 41.and 6th Cir. I.O.P. 41, respectfully moves this Court that the mandate in the above case be stayed.

Petitioner-Appellant is under a sentence of death.

The reasons for this Motion are stated in detail in the accompanying Memorandum in Support.

                                                                         Respectfully submitted,

| | |
|---|---|
|  /s/W. Joseph Edwards_____ |  /s/David J. Graeff_____ |
| W. Joseph Edwards   #0030048 | David J. Graeff   #0020647 |
| 341 South Third Street | P.O. Box 1948 |
| Columbus, Ohio  43215 | Westerville, Ohio  43086 |
| Phone:  (614) 228-0523 | Phone:  (614) 226-5991 |
| Trial Counsel for Petitioner-Appellant | Trial Counsel for Petitioner-Appellant |
| James R. Goff | James R. Goff |

MEMORANDUM IN SUPPORT

In Goff v. Bagley, 601 F.3d 445 (6th Cir. 2010), this Court conditionally granted a Writ of Habeas, at 450.

Respondent-Appellee, Warden, petitioned for a rehearing *en banc*, and that Petition was ultimately denied by this Court on July 9, 2010.

Petitioner-Appellant Goff had also filed for a Petition for a Panel Rehearing and/or Motion for Leave to Further Brief a particular issue.

On August 25, 2010, this Court, through the original Panel, denied said Petition for Rehearing. (Attachment 1-2).

In the Panel Rehearing, Judge Merritt stated, in pertinent part:

"'For the reasons stated by appellant Goff in his petition for panel rehearing, I would grant the rehearing. Goff elaborates in his Petition that *Beck v. Alabama*, 447 U.S. 625 (1980) outlaws the type of jury instruction before us in this case. Where the petitioner's reasoning attacks the same jury instructions on similar constitutional grounds, I would not hold that the argument presented in a petition to rehear has been waived or procedurally defaulted in a death penalty case." (Attachment 1, Circuit Judge Merritt dissenting).

The acquittal-first jury instruction, was one of the principal issues in the Goff decision, at 456-459.

Additionally, in a detailed dissent in Goff, Judge Merritt states, in pertinent part:

"Although the Supreme Court has now established that the *Mills* doctrine does not prohibit this potential for massive confusion in the jury room as they deliberate on the need to impose the death penalty, Justice Stevens, in his concurring opinion in *Smith v. Spisak*, 558 U.S. ---, 130 S.Ct. 676, ---L.Ed.2d - --- (Jan. 12, 2010), after agreeing with the majority in *Spisak* that '*Mills* does not clearly establish [under AEDPA] that the instructions at issue were unconstitutional,' states: 'But, in my view, our decision in

2

*Beck v. Alabama*, 447 U.S. 615, 100 S.Ct. 2382, 65 L.Ed.2d 392 (1980), does,' *Spisak*, 130 S.Ct. At 689.", Goff, at 482.

Petitioner-Appellant Goff, through his attorneys, represents he intends to file a Writ of Certiorari with the United States Supreme Court, and that this issue will be one of the primary ones identified in said Petition for Writ of Certiorari.

Separate from the above, Petitioner-Appellant Goff, again, through his attorneys, represents that he also will be filing additional issues.

As this Panel is aware, there were 17 separate Certificates of Appealability (COA's), that this Panel originally heard. Some of those 17 COA's also had detailed sub-issues.

In conclusion, Petitioner-Appellant Goff, through his attorneys, represents that there exists meritorious issues for review to the United States Supreme Court, and respectfully requests that the Motion to Stay the Mandate be granted for Petitioner-Appellant Goff to file his Petition for Writ of Certiorari.

                                          Respectfully submitted,

| /s/W. Joseph Edwards | /s/David J. Graeff |
|---|---|
| W. Joseph Edwards   #0030048 | David J. Graeff   #0020647 |
| 341 South Third Street | P.O. Box 1948 |
| Columbus, Ohio  43215 | Westerville, Ohio  43086 |
| Phone:  (614) 228-0523 | Phone:  (614) 226-5991 |
| Trial Counsel for Petitioner-Appellant | Trial Counsel for Petitioner-Appellant |
| James R. Goff | James R. Goff |

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was sent through electronic filing to Laurence R. Snyder, Office of the Attorney General, 615 West Superior Avenue, 11th Floor State Office Building, Cleveland, Ohio 44113, this  30th   day of   August  , 2010.

       /s/David J. Graeff
      David J. Graeff   #0020647
      Trial Counsel for Petitioner-Appellant
      James R. Goff