Case No. 06-4669

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

JAMES R. GOFF

      Petitioner - Appellant

v.

MARGARET BAGLEY, Warden

      Respondent - Appellee


BEFORE:  MERRITT, Circuit Judge;  MOORE, Circuit Judge;  GILMAN, Circuit Judge;


Upon consideration of motion to stay mandate,

It is ORDERED that the mandate be stayed to allow appellant time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.


**ENTERED BY ORDER OF THE COURT**
Leonard Green, Clerk

Issued: September 23, 2010

_____